UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all other similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>SIGNIFY HEALTH, LLC,<br><br>　　　Defendant. | Case No. 4:20-cv-03385 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that RADLEY BRADFORD ("Plaintiff") and SIGNIFY HEALTH, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: January 12, 2021

Respectfully submitted,

RADLEY BRADFORD

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1