NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-03385 |
| § | |
| SIGNIFY HEALTH, LLC, § § | |
| Defendant. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five (45) days after the entry of this order.

It is so ORDERED.

SIGNED on this 14th day of January, 2021.

_____
Kenneth M. Hoyt
United States District Judge